UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAUL TULLY and PAULA TULLY**                                           **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO.1:06CV1284 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                         **DEFENDANT**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [13] of State Farm Fire and Casualty Company to dismiss this action or to join CitiMortgage as a party is **DENIED**.

**SO ORDERED** this 16th day of May, 2007.

> s/ L. T. Senter, Jr.
> L. T. SENTER, JR.
> SENIOR JUDGE